RECEIVED
IN ALEXANDRIA, LA.

MAR - 7 2014

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PATRICK V. LEAUMONT | CIVIL ACTION NO. 13-2397 |
| VERSUS | JUDGE TRIMBLE |
| CITY OF ALEXANDRIA | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons expressed in the court's memorandum ruling also issued this day, it is hereby **ORDERED** that defendant's motion for summary judgment[1] is **GRANTED** in part and **DENIED** in part as it is

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's claim under the Americans with Disabilities Act is **DENIED** and **DISMISSED** with prejudice. It is further

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's claim under the Louisiana Employment Discrimination Act is **DENIED** and **DISMISSED** with prejudice to the extent that it seeks injunctive relief and **DENIED** and **DISMISSED** without prejudice to the extent that other reliefs are sought thereunder. It is, finally,

**ORDERED, ADJUDGED** and **DECREED** that defendant's claim for reasonable attorney fees in this case is **DENIED** and **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 7th day of March, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. 3.