UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **PATRICK V. LEAUMONT** Plaintiff | * | DOCKET NO. 1:13-cv-02397 |
| **VERSUS** | * | JUDGE TRIMBLE |
| **CITY OF ALEXANDRIA** Defendant | * | MAGISTRATE JUDGE HAYES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

Notice is hereby given that **PATRICK V. LEAUMONT** appeals to the United States Court of Appeals for the Fifth Circuit from the decision entered in this action on March 7, 2014.

Signed this 4th day of April, 2014.

                                        **BROUSSARD, HALCOMB & VIZZIER**

                                        By:___s/Daniel E. Broussard, Jr._____
                                            **DANIEL E. BROUSSARD, JR., #3510**
                                            912 Fifth St.
                                            P.O. Box 1311
                                            Alexandria, Louisiana   71301
                                            318-487-4589

                                        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE**

I hereby certify that I have this day forwarded a copy of the above and foregoing Notice of Appeal to counsel for defendant, via electronic filing, on this 4th day of April, 2014, at Alexandria, Rapides Parish, Louisiana.

_____s/Daniel E. Broussard, Jr._____
DANIEL E. BROUSSARD, JR.